## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KENNETH L. WHATLEY, SR., | ) |
| Plaintiff, | ) |
| vs. | ) 1:07-cv-1225-DFH-JMS |
| PLAINFIELD CORRECTIONAL FACILITY, et al., | ) |
| Defendants. | ) |

**Entry Dismissing Insufficient Claim and Directing Service of Process**

**I.**

The second amended complaint is subject to the screening requirement of 28 U.S.C. § 1915A(b). This statute directs that the court dismiss a complaint or any claim within a complaint which "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." *Id.*

The claim against the Plainfield Correctional Facility ("PCF") is dismissed because the PCF is a building, not a "person" subject to suit pursuant to 42 U.S.C. § 1983. No partial final judgment shall issue at this time as to the claim dismissed as legally insufficient.

**II.**

The clerk shall **update the docket** to show that the defendants remaining in this action are Superintendent Wendy Knight, Chardonney Dialysis, Inc., Dr. Mishler, and Nurse Sandy Dodson. The clerk is designated, pursuant to *Fed. R. Civ. P.* 4(c)(2), to issue and serve process on the defendants in the manner specified by *Fed. R. Civ. P.* 4(d)(2). Process in this case shall consist of the second amended complaint filed on February 25, 2008 (dkt 17), applicable forms (1A and 1B), and this Entry.

So ordered.

_David F. Hamilton_
DAVID F. HAMILTON, Chief Judge
United States District Court

Date: 9/3/2008

**NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.**

Distribution:

Kenneth L. Whatley, Sr., DOC #962809
PLAINFIELD CORRECTIONAL FACILITY
727 MOON ROAD
PLAINFIELD, IN 46168